**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1262

MELVIN EUGENE GIBBS,

     Appellant,

  v.

NAVY FEDERAL CREDIT UNION,

     Defendant - Appellee,

  and

LAQUITA OLIVER; CHERELLE JACOB; ANDRE ROBINSON; ELISE SIMONE WILLIAMS; KRISTOFFER HICKS; MASHEEHA HOPPER; MARIE PEREDA; JOHN JACKSON; DENNIS WALKER; CARL CARR; BOB OTONDI; CHRISTINA HILL; CHARLES GARDNER; CONSTANTINA BATCHELOR,

     Plaintiffs - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:23-cv-01731-LMB-WEF)

Submitted: July 17, 2024          Decided: July 17, 2024

Before WILKINSON, KING, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin Eugene Gibbs, Appellant Pro Se. Glenn Edward Chappell, TYCKO & ZAVAREEI LLP, Washington, D.C.,  for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Eugene Gibbs appeals the district court's orders denying his motion to intervene and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Gibbs v. Navy Federal Credit Union*, No. 1:23-cv-01731-LMB-WEF (E.D. Va. Feb. 7 & 27, 2024). We deny as moot Gibbs' motions for a stay pending appeal, summary disposition, and injunctive relief pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
